B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Delgado-Lopez, Jessica** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8397** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**44-46 Liberty Street**<br>**Hartford, CT**<br><div align="right">ZIP Code</div>**06120** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ☐ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   *** Suzann Beckett ct02186 ***

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(12/11)**                                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Delgado-Lopez, Jessica** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X**  **/s/ Suzann Beckett**                              **August 4, 2012**
Signature of Attorney for Debtor(s)              (Date)
**Suzann Beckett ct02186**

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Delgado-Lopez, Jessica** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X __/s/ Jessica Delgado-Lopez__
Signature of Debtor  **Jessica Delgado-Lopez**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 4, 2012**
Date

### Signature of Attorney*

X __/s/ Suzann Beckett__
Signature of Attorney for Debtor(s)

**Suzann Beckett ct02186**
Printed Name of Attorney for Debtor(s)

**Beckett Law, LLC**
Firm Name

**543 Prospect Ave**
**Hartford, CT 06105**
_____
Address

**Email: SuzannB@Beckett-Law.com**
**860-236-1111  Fax: 860-236-0050**
Telephone Number

**August 4, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Connecticut

In re   **Jessica Delgado-Lopez** _____   Case No. _____
                                        Debtor(s)                        Chapter   **13** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jessica Delgado-Lopez**
                           **Jessica Delgado-Lopez**

Date:   **August 4, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Jessica Delgado-Lopez**
_____,
                                     Debtor

Case No. _____

Chapter _____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 185,000.00 | | |
| B - Personal Property | Yes | 3 | 12,745.81 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 257,906.75 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 525.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 72,459.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,193.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,121.07 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 197,745.81 | | |
| Total Liabilities | | | | 330,891.24 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### District of Connecticut

In re    **Jessica Delgado-Lopez**                                                        ,    Case No. _____

                                                                    Debtor

                                                                    Chapter_____**13**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 525.06 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 525.06 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,193.25 |
| Average Expenses (from Schedule J, Line 18) | 4,121.07 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,342.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 65,466.75 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 525.06 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 72,459.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 137,926.18 |

B6A (Official Form 6A) (12/07)

In re    **Jessica Delgado-Lopez**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential property:**<br>**44-46 Liberty Street**<br>**Hartford, CT** | | **-** | **185,000.00** | **247,117.36** |

|  | Sub-Total > | **185,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **185,000.00** |  |

**0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Jessica Delgado-Lopez**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | 20.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CSE CU** **Checking Account #9850** | - | 99.38 |
| | | | **CSE CU** **Savings Account #9850** | - | 100.00 |
| | | | **CSE CU** **Holiday Account #9850** | - | 5.43 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furniture** | - | 3,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, CDs and DVDs** | - | 100.00 |
| 6. | Wearing apparel. | | **Wearing Apparel** | - | 500.00 |
| 7. | Furs and jewelry. | | **Wedding and Engagement Rings** | - | 800.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sports and Hobby Equipment** | - | 180.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance through Employer** **Face Value - 1x salary** | - | 1.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **5,305.81**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jessica Delgado-Lopez**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jessica Delgado-Lopez**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Toyota Matrix Mileage = 122,000** | - | 7,440.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare: Fairfield Orlando at Bonnet Creek Resort Value Unknown** | - | 0.00 |

|  | Sub-Total > | 7,440.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 12,745.81 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Jessica Delgado-Lopez**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                             *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **11 U.S.C. § 522(d)(5)** | **20.00** | **20.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **CSE CU** | **11 U.S.C. § 522(d)(5)** | **99.38** | **99.38** |
| **Checking Account #9850** | | | |
| **CSE CU** | **11 U.S.C. § 522(d)(5)** | **100.00** | **100.00** |
| **Savings Account #9850** | | | |
| **CSE CU** | **11 U.S.C. § 522(d)(5)** | **5.43** | **5.43** |
| **Holiday Account #9850** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furniture** | **11 U.S.C. § 522(d)(3)** | **3,500.00** | **3,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, CDs and DVDs** | **11 U.S.C. § 522(d)(3)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **Wearing Apparel** | **11 U.S.C. § 522(d)(3)** | **500.00** | **500.00** |
| **Furs and Jewelry** | | | |
| **Wedding and Engagement Rings** | **11 U.S.C. § 522(d)(4)** | **800.00** | **800.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sports and Hobby Equipment** | **11 U.S.C. § 522(d)(3)** | **180.00** | **180.00** |
| **Interests in Insurance Policies** | | | |
| **Term Life Insurance through Employer** | **11 U.S.C. § 522(d)(7)** | **1.00** | **1.00** |
| **Face Value - 1x salary** | | | |
| | Total: | **5,305.81** | **5,305.81** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Jessica Delgado-Lopez**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **02-290-1814** | | | | **Secured Business Loan** | | | | | |
| Creditor #: 1 **Greater Hartford Business Development Center, Inc.** **15 Lewis Street** **Room 204** **Hartford, CT 06103** | X | - | | **Residential property:** **44-46 Liberty Street** **Hartford, CT** | | | | | |
| | | | | Value $          **185,000.00** | | | | **68,689.20** | **62,117.36** |
| Account No. | | | | | | | | | |
| **Law Offices of Amy J. Horowitz** **Hartford Square North** **10 Columbus Boulevard** **Hartford, CT 06106** | | | | **Representing:** **Greater Hartford Business** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| **Superior Court** **Judicial District of Hartford** **95 Washington Street** **Hartford, CT 06106** | | | | **Representing:** **Greater Hartford Business** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. **7714-1002-7266-4285** | | | | **Opened 4/30/09 Last Active 9/01/08** | | | | | |
| Creditor #: 2 **Howard Lee Schiff, P.C.** **510 Tolland Street** **P.O. Box 280245** **East Hartford, CT 06128** | | - | | **Judgment Lien** **Residential property:** **44-46 Liberty Street** **Hartford, CT** | | | | | |
| | | | | Value $          **185,000.00** | | | | **1,484.03** | **0.00** |
| ___**2**___ continuation sheets attached | | | | Subtotal (Total of this page) | | | | **70,173.23** | **62,117.36** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Jessica Delgado-Lopez** _____ ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **GEMB/ Sams Club** <br> **PO Box 981400** <br> **El Paso, TX 79998** | | | Representing: <br> **Howard Lee Schiff, P.C.** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Midland Credit Management** <br> **8875 Aero Drive** <br> **San Diego, CA 92123** | | | Representing: <br> **Howard Lee Schiff, P.C.** <br><br> Value $ | | | | **Notice Only** | |
| Account No. <br><br> **Northland Group Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | Representing: <br> **Howard Lee Schiff, P.C.** <br><br> Value $ | | | | **Notice Only** | |
| Account No. 0705412534 <br><br> **Creditor #: 3** <br> **Ocwen Loan Servicing** <br> **12650 Ingenuity Dr** <br> **Orlando, FL 32826** | | - | **Opened  2/28/05  Last Active  9/29/10** <br> **First Mortgage** <br> **Residential property:** <br> **Debtor disputes the amount of the debt on petition date, inc. the alleged arrears, that the scheduled party is the lawful owner and holder of the original mtg note or that the claim is perfected.** <br> Value $       **185,000.00** | | | | **174,512.80** | **0.00** |
| Account No. **8454** <br><br> **Creditor #: 4** <br> **Stantander Consumer USA** <br> **Attn: Banfruptcy Dept.** <br> **PO BOX 560284** <br> **Dallas, TX 75356-0284** | | - | **10/09** <br><br> **2005 Toyota Matrix** <br> **Mileage = 122,000** <br><br> Value $         **7,440.00** | | | | **10,445.67** | **3,005.67** |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **184,958.47** | **3,005.67** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Jessica Delgado-Lopez**                                    ,        Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **000007016690** | | | | Water/Sewer Bill | | | | | |
| **Creditor #: 5**<br>**The Metropolitan District**<br>**555 Main St.**<br>**P.O. Box 800**<br>**Hartford, CT 06142-0800** | | - | | **Residential property:**<br>**44-46 Liberty Street**<br>**Hartford, CT** | | | | | |
| | | | | Value $              **185,000.00** | | | | 2,431.33 | 0.00 |
| Account No. **000640518247** | | | | **Annual** | | | | | |
| **Creditor #: 6**<br>**Wyndham Vacation Resorts, Inc.**<br>**P.O. Box 98940**<br>**Las Vegas, NV 89193-8940** | X | - | | **Statutory Lien**<br>**Timeshare: Fairfield Orlando at Bonnet Creek Resort**<br>**Value Unknown** | | | | | |
| | | | | Value $                    **0.00** | | | | 343.72 | 343.72 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 2,775.05 | 343.72 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 257,906.75 | 65,466.75 |

B6E (Official Form 6E) (4/10)

.

In re    **Jessica Delgado-Lopez**                                                    Case No. _____
                                                          ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____**1**_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Jessica Delgado-Lopez**                                          ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **10293, 10294** | | | | **Motor Vehicle Taxes** | | | | | |
| **Creditor #: 1** **City of Hartford** **Tax Collector** **550 Main Street** **Room 106** **Hartford, CT 06103-2992** | - | | | | | | | **0.00** | |
| | | | | | | | | **433.27** | **433.27** |
| Account No. | | | | | | | | | |
| **Taxserv Capital Services HD-CT** **Municipal Tax Services** **750 Main St.** **Suite 510** **Hartford, CT 06103** | | | | **Representing:** **City of Hartford** | | | | **Notice Only** | |
| Account No. **000508005** | | | | **Motor Vehicle Taxes** | | | | | |
| **Creditor #: 2** **City of Hartford** **P.O. Box 2719** **Hartford, CT 06146** | - | | | | | | | **0.00** | |
| | | | | | | | | **91.79** | **91.79** |
| Account No. | | | | **Possible Unpaid Income Taxes** | | | | | |
| **Creditor #: 3** **Department of Revenue** **State of Connecticut** **P.O. Box 5088** **Hartford, CT 06102-5088** | - | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | **Unknown** |
| Account No. | | | | **Possible Unpaid Income Taxes** | | | | | |
| **Creditor #: 4** **Internal Revenue Service** **135 High Street, Stop 155** **Hartford, CT 06103** | - | | | | | | | **Unknown** | |
| | | | | | | | | **Unknown** | **Unknown** |

| | | | |
|---|---|---|---|
| Sheet  **1**  of  **1**   continuation sheets attached to | Subtotal | **0.00** | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | **525.06** | **525.06** |
| | Total | **0.00** | |
| | (Report on Summary of Schedules) | **525.06** | **525.06** |

B6F (Official Form 6F) (12/07)

In re __**Jessica Delgado-Lopez**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6008-8914-2027-3227**<br><br>**Creditor #: 1**<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr.**<br>**5th Floor**<br>**Columbus, OH 43231** | - | | **Opened 12/30/08  Last Active  2/01/07**<br>**Collection GEMB/JCPenney**<br>**Disputed as to the amount of late fees,**<br>**overlimit fees, interest fees or any other fees**<br>**or charges.** | | | | **5,430.00** |
| Account No.<br><br>**JCPenney**<br>**P.O. Box 960090**<br>**Orlando, FL 32896-0090** | | | **Representing:**<br>**Allied Interstate** | | | | **Notice Only** |
| Account No.<br><br>**LVNV Funding LLC**<br>**P.O. Box 740281**<br>**Houston, TX 77274** | | | **Representing:**<br>**Allied Interstate** | | | | **Notice Only** |
| Account No.<br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Allied Interstate** | | | | **Notice Only** |
| __19__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **5,430.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    S/N:34683-120614   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jessica Delgado-Lopez_____,    Case No. _____
　　　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditor #: 2** <br> **American Medical Response** <br> **130 Shield Street** <br> **West Hartford, CT 06105** | - | | | | | | **661.39** |
| Account No. <br><br> **Bay Area Credit Service LLC** <br> **P.O. Box 467600** <br> **Atlanta, GA 31146** | | | **Representing:** <br> **American Medical Response** | | | | **Notice Only** |
| Account No. **860-523-1080-669** <br><br> **Creditor #: 3** <br> **AT&T** <br> **P.O. Box 8110** <br> **Aurora, IL 60507-8110** | - | | **Telephone** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **821.84** |
| Account No. **5490-3532-1349-4189** <br><br> **Creditor #: 4** <br> **Bank of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | - | | **Opened 4/19/05 Last Active 10/08/10** <br> **Revolving Charges** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **5,124.00** |
| Account No. **23170900662331** <br><br> **Creditor #: 5** <br> **Beneficial/HFC** <br> **Po Box 3425** <br> **Buffalo, NY 14240** | - | | **Opened 6/06/06 Last Active 9/10/10** <br> **ChargeAccount** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10,364.00** |

Sheet no. __1___ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**16,971.23**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez**                                              ,  Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 23170923519353<br><br>**Creditor #: 6**<br>**Beneficial/HFC**<br>**P.O. Box 3425**<br>**Buffalo, NY 14240** | - | | | **Personal Loan**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **11,740.40** |
| Account No.<br><br>**Alpha Recovery Corp.**<br>**5660 Greenwood Plaza Boulevard**<br>**Suite 101N**<br>**Greenwood Village, CO 80111** | | | | **Representing:**<br>**Beneficial/HFC** | | | | **Notice Only** |
| Account No.<br><br>**Creditor #: 7**<br>**CCMC Faculty Practice Plan**<br>**P.O. Box 40000 Dept. 803**<br>**Hartford, CT 06151-0803** | - | | | **Medical**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No. 0643-48941<br><br>**Creditor #: 8**<br>**Central Conn. Cardiologists**<br>**19 Woodland Street**<br>**Suite 47**<br>**Hartford, CT 06105** | - | | | **Medical**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No. 4555466401<br><br>**Creditor #: 9**<br>**Citifinancial Auto**<br>**2208 Highway 121 Ste 100**<br>**Bedford, TX 76021** | - | | | **Opened  6/24/08  Last Active  8/14/10** | | | | **Unknown** |

Sheet no. __2__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,760.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica Delgado-Lopez**                                              ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **T009194860000011955470** <br> **Creditor #: 10** <br> **CM Financial Services** <br> **P.O. Box 1358** <br> **Middletown, CT 06457-1301** | - | | | **Collection University Physicians** <br> Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **10.00** |
| Account No. <br><br> **University Physicians** <br> **P.O. Box 660** <br> **Hartford, CT 06142-0660** | | | | **Representing:** <br> **CM Financial Services** | | | | **Notice Only** |
| Account No. **8773-40-023-3041458** <br> **Creditor #: 11** <br> **Comcast** <br> **P.O. Box 1577** <br> **Newark, NJ 07101-1577** | - | | | **Utilities** <br> Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **438.06** |
| Account No. <br><br> **Credit Management LP** <br> **4200 International Parkway** <br> **Carrollton, TX 75007-1906** | | | | **Representing:** <br> **Comcast** | | | | **Notice Only** |
| Account No. **8773-40-011-1695391** <br> **Creditor #: 12** <br> **Comcast** <br> **P.O. Box 6505** <br> **Chelmsford, MA 01824** | - | | | **Utilities** <br> Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **527.94** |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**976.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Jessica Delgado-Lopez_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Credit Management LP**<br>**4200 International Parkway**<br>**Carrollton, TX 75007-1906** | | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No. 51474152089<br><br>**Creditor #: 13**<br>**Connecticut Light & Power**<br>**P.O. Box 150493**<br>**Hartford, CT 06115-0493** | | - | | **Utilities**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **2,664.60** |
| Account No.<br><br>**Nair & Levin**<br>**707 Bloomfield Avenue**<br>**Bloomfield, CT 06002** | | | | **Representing:**<br>**Connecticut Light & Power** | | | | **Notice Only** |
| Account No. 51378635015<br><br>**Creditor #: 14**<br>**Connecticut Light & Power**<br>**P.O. Box 150493**<br>**Hartford, CT 06115-0493** | | - | | **Utilities**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **37.26** |
| Account No. 80354-93360<br><br>**Creditor #: 15**<br>**Connecticut Natural Gas Corp.**<br>**P.O. Box 1500**<br>**Hartford, CT 06144-1500** | | - | | **Utilities**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **184.73** |

Sheet no. __4___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,886.59**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jessica Delgado-Lopez**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4085098** <br><br> **Creditor #: 16** <br> **Connecticut Surgical Group** <br> **Suite 171** <br> **270 Farmington Ave.** <br> **Farmington, CT 06032-1926** | - | | **Medical** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No. **6468395** <br><br> **Creditor #: 17** <br> **Connecticut Veterinary Ctr Inc** <br> **470 Oakwood Avenue** <br> **West Hartford, CT 06110** | - | | **Veterinary** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **35.00** |
| Account No. **1822891** <br><br> **Creditor #: 18** <br> **CT Children's Specialty Group** <br> **P.O. Box 4000 D803** <br> **Hartford, CT 06151-0803** | - | | **Medical** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No. <br><br> **American Adjustment Bureau** <br> **PO Box 2758** <br> **Waterbury, CT 06723** | | | **Representing:** <br> **CT Children's Specialty Group** | | | | **Notice Only** |
| Account No. <br><br> **Creditor #: 19** <br> **CT Lottery** <br> **777 Brook Street** <br> **Rocky Hill, CT 06067-3403** | - | | **11/2010** <br> **Health Insurance** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **254.39** |

Sheet no. __**5**___ of __**19**___ sheets attached to Schedule of          Subtotal         | **309.39** |
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Unknown Collection Account | | | | |
| Creditor #: 20<br>CT Recovery Lockbox<br>PO Box 931133<br>Cleveland, OH 44193 | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| Genpact Services LLC<br>P.O. Box 1969<br>Southgate, MI 48195-0969 | | | Representing:<br>CT Recovery Lockbox | | | | **Notice Only** |
| Account No.  560600 | | | 2/7/12 & 4/5/12<br>Medical | | | | |
| Creditor #: 21<br>Drs. Bradbury and Amato, P.C.<br>18 North Main St.<br>West Hartford, CT 06107 | - | | Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **1,623.23** |
| Account No.  07-0069 | | | Flower Delivery | | | | |
| Creditor #: 22<br>Florists' Transworld Delivery<br>36419 Treasury Center<br>Chicago, IL 60694-9400 | X - | | Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **4,931.42** |
| Account No.  318051 | | | Medical | | | | |
| Creditor #: 23<br>G. Walsh and M. Colliton, MDS<br>19 Woodland Street<br>Suite 45<br>Hartford, CT 06105 | - | | Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges. | | | | **30.00** |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,584.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 24** <br> **Gift Box Corp. of America** <br> **305 Veterans Blvd** <br> **Carlstadt, NJ 07072** | | - | | | | | | 0.00 |
| Account No. <br><br> **Atwell, Curtis and Brooks, Ltd** <br> **PO Box 363** <br> **Carle Place, NY 11514-0363** | | | | **Representing:** <br> **Gift Box Corp. of America** | | | | Notice Only |
| Account No.  **006179** <br> **Creditor #: 25** <br> **H.F. Communications** <br> **P.O. Box 49505** <br> **Minneapolis, MN 55449** | X | - | | **Collections for Yellow Pages** <br> **Disputed as to the amount of late fees,** <br> **overlimit fees, interest fees or any other fees** <br> **or charges.** | | | | 556.20 |
| Account No.  **50559262** <br> **Creditor #: 26** <br> **Hartford Courant** <br> **285 Broad Street** <br> **Hartford, CT 06115** | | - | | **Subscription Fees** <br> **Disputed as to the amount of late fees,** <br> **overlimit fees, interest fees or any other fees** <br> **or charges.** | | | | 21.00 |
| Account No. <br><br> **ARM Solutions** <br> **P.O. Box 3666** <br> **Camarillo, CA 93011** | | | | **Representing:** <br> **Hartford Courant** | | | | Notice Only |

Sheet no. __**7**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

577.20

B6F (Official Form 6F) (12/07) - Cont.

In re __Jessica Delgado-Lopez_____ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **279481 A** <br><br> **Creditor #: 27** <br> **Hartford Hospital** <br> **181 East Cedar Street** <br> **P.O. Box 310911** <br> **Newington, CT 06131-0911** | | - | | **Medical** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **107.00** |
| Account No. <br><br> **Century Financial Services** <br> **DBA Century Healthcare Collect** <br> **95 Mill Park #B6** <br> **Springfield, MA 01108-9511** | | | | **Representing:** <br> **Hartford Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Kason Credit Corporation** <br> **90 Enfield Street** <br> **P.O. Box 1189** <br> **Enfield, CT 06083-1189** | | | | **Representing:** <br> **Hartford Hospital** | | | | **Notice Only** |
| Account No. **748041** <br><br> **Creditor #: 28** <br> **Hartford Hospital Professional Services OCA** <br> **P.O. Box 415933** <br> **Boston, MA 02241-5933** | | - | | **Medical** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **210.00** |
| Account No. <br><br> **Century Financial Services** <br> **23 Maiden Lane** <br> **P.O. Box 98** <br> **North Haven, CT 06473** | | | | **Representing:** <br> **Hartford Hospital Professional** | | | | **Notice Only** |

Sheet no. __8___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**317.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jessica Delgado-Lopez**                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kason Credit Corporation**<br>**90 Enfield Street**<br>**P.O. Box 1189**<br>**Enfield, CT 06083-1189** | | | **Representing:**<br>**Hartford Hospital Professional** | | | | **Notice Only** |
| Account No. **618372**<br>**Creditor #: 29**<br>**Hartford Hospital Professional**<br>**Services OCA**<br>**P.O. Box 415933**<br>**Boston, MA 02241-5933** | - | | **Medical**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No.<br><br>**Century Financial Services**<br>**23 Maiden Lane**<br>**P.O. Box 98**<br>**North Haven, CT 06473** | | | **Representing:**<br>**Hartford Hospital Professional** | | | | **Notice Only** |
| Account No.<br><br>**Kason Credit Corporation**<br>**90 Enfield Street**<br>**P.O. Box 1189**<br>**Enfield, CT 06083-1189** | | | **Representing:**<br>**Hartford Hospital Professional** | | | | **Notice Only** |
| Account No. **657937**<br>**Creditor #: 30**<br>**Hartford Hospital Professional**<br>**Services OCA**<br>**P.O. Box 415933**<br>**Boston, MA 02241-5933** | - | | **Medical**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **90.00** |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica Delgado-Lopez**                                                    ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Century Financial Services** <br>**P.O Box 98** <br>**North Haven, CT 06473-0098** | | | **Representing:** <br>**Hartford Hospital Professional** | | | | **Notice Only** |
| Account No. **34541840-45** <br><br>**Creditor #: 31** <br>**I.C. System, Inc.** <br>**444 Highway 96 East** <br>**P.O. Box 64437** <br>**Saint Paul, MN 55164-0437** | X | - | **Collections** <br>**Disputed as to the amount of late fees,** <br>**overlimit fees, interest fees or any other fees** <br>**or charges.** | | | | **721.94** |
| Account No. **6879450204011811571** <br><br>**DFS Acceptance** <br>**PO Box 5275** <br>**Carol Stream, IL 60197-5275** | | | **Representing:** <br>**I.C. System, Inc.** | | | | **Notice Only** |
| Account No. **8530142092** <br><br>**Creditor #: 32** <br>**Midland Credit Management** <br>**8875 Aero Dr** <br>**San Diego, CA 92123** | | - | **Opened 1/30/09 Last Active 10/15/10** <br>**Collection Citibank USA, N.A.** <br>**Original Account # 6035320065953810** <br>**Disputed as to the amount of late fees,** <br>**overlimit fees, interest fees or any other fees** <br>**or charges.** | | | | **1,600.00** |
| Account No. <br><br>**Citibank** <br>**P.O. Box 6241** <br>**Sioux Falls, SD 57117** | | | **Representing:** <br>**Midland Credit Management** | | | | **Notice Only** |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,321.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica Delgado-Lopez**                                                      ,   Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8532890878**<br><br>**Creditor #: 33**<br>**Midland Credit Management**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | - | | **Opened 10/13/09  Last Active  4/01/09 Judgment/Collection Capital One Bank Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **1,226.95** |
| Account No.<br><br>**Centralized Small Claims**<br>**80 Washington St.**<br>**Hartford, CT 06106** | | | **Representing:**<br>**Midland Credit Management** | | | | **Notice Only** |
| Account No.<br><br>**Howard Lee Schiff, P.C.**<br>**510 Tolland Street**<br>**P.O. Box 280245**<br>**East Hartford, CT 06128** | | | **Representing:**<br>**Midland Credit Management** | | | | **Notice Only** |
| Account No.<br><br>**J. A. Cambece Law Office PC**<br>**8 Bourbon Street**<br>**Peabody, MA 01960** | | | **Representing:**<br>**Midland Credit Management** | | | | **Notice Only** |
| Account No.<br><br>**Small Claims Area @ Manchester**<br>**Clerk, Geographical Area 12**<br>**410 Center Street**<br>**SCC-358239**<br>**Manchester, CT 06040** | | | **Representing:**<br>**Midland Credit Management** | | | | **Notice Only** |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal | | |
|---|---|---|---|
| | (Total of this page) | | **1,226.95** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez** _____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4352-3717-0107-7498**<br>**Creditor #: 34**<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | - | | **Opened 7/01/01 Last Active 5/25/10**<br>**Collection Target National Bank**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **1,222.00** |
| Account No.<br><br>**NCO Financial Systems**<br>**P.O. Box 15740**<br>**Wilmington, DE 19850-5740** | | | **Representing:**<br>**Northland Group Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459-0317** | | | **Representing:**<br>**Northland Group Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Universal Fidelity LP**<br>**PO Box 941911**<br>**Houston, TX 77094-8911** | | | **Representing:**<br>**Northland Group Inc.** | | | | **Notice Only** |
| Account No. **3981624**<br>**Creditor #: 35**<br>**Omni Insurance Company**<br>**P.O. Box 105440**<br>**Atlanta, GA 30348** | - | | **Insurance Premiums**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **230.00** |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,452.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 36** <br> **Paul Davis Resoration** <br> **21 C Andover Drive** <br> **West Hartford, CT 06110** | - | | **2012** <br> **Services Rendered** | | | | **2,000.00** |
| Account No. **10113604** <br> **Creditor #: 37** <br> **Physicians for Women's Health** <br> **Central Billing Office** <br> **P.O. Box 549** <br> **Avon, CT 06001-0549** | - | | **Medical** <br> **Disputed as to the amount of late fees,** <br> **overlimit fees, interest fees or any other fees** <br> **or charges.** | | | | **30.00** |
| Account No. **0608-6011-0117-2154** <br> **Creditor #: 38** <br> **Portfolio Recovery Associates** <br> **120 Corporate Blvd, Ste 100** <br> **Norfolk, VA 23502** | - | | **Opened  2/01/09  Last Active  3/01/08** <br> **Collection for HSBC/David's Bridal** <br> **Disputed as to the amount of late fees,** <br> **overlimit fees, interest fees or any other fees** <br> **or charges.** | | | | **289.22** |
| Account No. <br> **HSBC** <br> **P.O. Box 10266** <br> **Virginia Beach, VA 23450** | | | **Representing:** <br> **Portfolio Recovery Associates** | | | | **Notice Only** |
| Account No. **567E2-0000318051** <br> **Creditor #: 39** <br> **Prime Healthcare P.C.** <br> **30 Jordan Lane** <br> **Wethersfield, CT 06109** | - | | **1/12** <br> **Medical** <br> **Disputed as to the amount of late fees,** <br> **overlimit fees, interest fees or any other fees** <br> **or charges.** | | | | **10.00** |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,329.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jessica Delgado-Lopez_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **65845313-0** | | | **Insurance Premiums** | | | | |
| **Creditor #: 40** **Progressive Financial Services** **PO Box 22083** **Tempe, AZ 85285** | | - | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | |
| | | | | | | | **338.60** |
| Account No. | | | | | | | |
| **Credit Collection Services** **Two Wells Ave.** **Newton, MA 02459** | | | **Representing:** **Progressive Financial Services** | | | | **Notice Only** |
| Account No. **23170900002331** | | | **Collection for HSBC** | | | | |
| **Creditor #: 41** **Regional Adjustment Bureau Inc** **P.O. Box 34111** **Memphis, TN 38184-0111** | | - | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | |
| | | | | | | | **10,364.28** |
| Account No. | | | | | | | |
| **HSBC** **P.O. Box 10266** **Virginia Beach, VA 23450** | | | **Representing:** **Regional Adjustment Bureau Inc** | | | | **Notice Only** |
| Account No. **608** | | | **4/2010 - 9/2010** | | | | |
| **Creditor #: 42** **Richard Duenas, DC** **557 Prospect Ave.** **Third Floor** **Hartford, CT 06105-2922** | | - | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | |
| | | | | | | | **10.00** |

Sheet no. _**14**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,712.88**

B6F (Official Form 6F) (12/07) - Cont.

In re   __Jessica Delgado-Lopez_____,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **595** | | | | 3/2010-9/2010 | | | | |
| Creditor #: 43 **Richard Duenas, DC** **557 Prospect Ave.** **Third Floor** **Hartford, CT 06105-2922** | - | | | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | 10.00 |
| Account No. **14361** | | | | 10/22/11 | | | | |
| Creditor #: 44 **Roeder & Polansky** **300 Plaza Middlesex** **Middletown, CT 06457-3455** | - | | | | | | | 80.00 |
| Account No. **823372** | | | | Dental | | | | |
| Creditor #: 45 **Rosenberg Orthodontics PC** **227 Albany Turnpike** **Canton, CT 06019** | - | | | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | 2,575.20 |
| Account No. **105060178** | | | | Medical | | | | |
| Creditor #: 46 **Saint Francis Hospital and** **Medical Center Billing** **114 Woodland Street** **Hartford, CT 06105** | - | | | **Disputed as to the amount of late fees, overlimit fees, interest fees and any other fees or charges.** | | | | 35.00 |
| Account No. **7764** | | | | Home Improvement | | | | |
| Creditor #: 47 **ServiceMaster** **Assured Restoration** **283 Southwest Cutoff (Rte. 20)** **Worcester, MA 01604-2713** | - | | | **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | 386.95 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,087.15

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Jessica Delgado-Lopez__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **34955/01**<br>**Creditor #: 48**<br>**Solinsky Eyecare LLC**<br>**P.O. Box 45**<br>**Windsor, CT 06095** | - | | **Medical**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **10.00** |
| Account No. **34363-91224**<br>**Creditor #: 49**<br>**Solomon & Solomon, P. C.**<br>**Po Box 15019**<br>**Albany, NY 12212** | - | | **Opened 4/03/09 Last Active 3/01/09**<br>**Collection Connecticut Natural Gas**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **173.00** |
| Account No.<br>**Connecticut Natural Gas Corp.**<br>**P.O. Box 1085**<br>**Augusta, ME 04332-1085** | | | **Representing:**<br>**Solomon & Solomon, P. C.** | | | | **Notice Only** |
| Account No.<br>**Creditor #: 50**<br>**Standard Oil of Connecticut**<br>**d/b/a Standard Security System**<br>**299 Bishop Ave.**<br>**Bridgeport, CT 06610** | - | | **Small Claims Contract Damages**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **578.21** |
| Account No.<br>**Centralized Small Claims**<br>**80 Washington St.**<br>**SCC-239166**<br>**Hartford, CT 06106** | | | **Representing:**<br>**Standard Oil of Connecticut** | | | | **Notice Only** |

Sheet no. __16__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **761.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jessica Delgado-Lopez**                                                    ,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Small Claims Area @ Manchester Clerk, Geographical Area 12 410 Center Street SCC-239166 Manchester, CT 06040** | | | **Representing:**<br>**Standard Oil of Connecticut** | | | | **Notice Only** |
| Account No. 2210932<br><br>**Creditor #: 51 Standard Security Systems P.O. Box 4005 Bridgeport, CT 06607** | | - | **Home Security Fees**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **861.21** |
| Account No. 6035-5178-7330-0833<br><br>**Creditor #: 52 Staples Credit Plan P.O. Box 689020 Des Moines, IA 50368-9020** | | - | **Charge Account**<br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **796.62** |
| Account No. XXX-XX-8397<br><br>**Creditor #: 53 State of Connecticut Department of Revenue Services PO Box 5088 Hartford, CT 06102-5088** | X | - | **2007**<br>**Sales and Use Tax** | X | | | **1,020.77** |
| Account No.<br><br>**GC Services 6330 Gulfton Houston, TX 77081** | | | **Representing:**<br>**State of Connecticut** | | | | **Notice Only** |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,678.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica Delgado-Lopez**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **163521** <br><br> **Creditor #: 54** <br> **Superior Asset Management** <br> **P.O. Box 1928** <br> **Fort Walton Beach, FL 32549** | - | | | **Collection Home Depot USA** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **27.20** |
| Account No. <br><br> **The Home Depot** <br> **P.O. Box 689100** <br> **Des Moines, IA 50368-9100** | | | | **Representing:** <br> **Superior Asset Management** | | | | **Notice Only** |
| Account No. **44110044425367** <br><br> **Creditor #: 55** <br> **TRS Recovery Services, Inc.** <br> **P.O. Box 60022** <br> **City Of Industry, CA 91716-0022** | - | | | **Collection for Asurion Inusrance** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **60.00** |
| Account No. **0007554792** <br><br> **Creditor #: 56** <br> **UConn School of Dental Medicin** <br> **263 Farmington Avenue** <br> **Farmington, CT 06030-2105** | - | | | **Dental** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **867.34** |
| Account No. **0009194862** <br><br> **Creditor #: 57** <br> **UConn School of Dental Medicin** <br> **263 Farmington Avenue** <br> **Farmington, CT 06030-2105** | - | | | **Dental Services** <br> **Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **241.80** |

Sheet no. __**18**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,196.34**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jessica Delgado-Lopez**                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**American Adjustment Bureau** <br>**PO Box 2758** <br>**Waterbury, CT 06723** | | | **Representing:** <br>**UConn School of Dental Medicin** | | | | **Notice Only** |
| Account No. <br><br>**Joseph P. Latino, Esq.** <br>**P.O. Box 1011** <br>**Waterbury, CT 06721-1011** | | | **Representing:** <br>**UConn School of Dental Medicin** | | | | **Notice Only** |
| Account No. <br><br>**Creditor #: 58** <br>**Walsh, Merrill & Brousseau, PC** <br>**193 East Center Street** <br>**Manchester, CT 06040** | - | | **Accounting Fees** <br>**Disputed as to the amount of late fees, overlimit fees, interest fees or any other fees or charges.** | | | | **716.53** |
| Account No. **10113604** <br><br>**Creditor #: 59** <br>**Woodland Women's Health Assoc.** <br>**19 Woodland St.** <br>**Suite 31** <br>**Hartford, CT 06105** | - | | **2011** <br>**Medical** | | | | **64.15** |
| Account No. <br><br>**Credit Center Inc.** <br>**7 Finance Drive** <br>**Danbury, CT 06810** | | | **Representing:** <br>**Woodland Women's Health Assoc.** | | | | **Notice Only** |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br>(Total of this page) | **780.68** |
| Total <br>(Report on Summary of Schedules) | **72,459.43** |

B6G (Official Form 6G) (12/07)

.

In re    **Jessica Delgado-Lopez**                                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T**<br>**P.O. Box 8110**<br>**Aurora, IL 60507-8110** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **AT&T Advertising Solutions**<br>**P.O. Box 500452**<br>**Saint Louis, MO 63150-0452** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **Bank of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **Beneficial/HFC**<br>**P.O. Box 3425**<br>**Buffalo, NY 14240** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **Florists' Transworld Delivery**<br>**36419 Treasury Center**<br>**Chicago, IL 60694-9400** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **LaShauna Greene**<br>**46 Liberty Street**<br>**Hartford, CT** | **Tenant Lease** |
| **Omni Insurance Company**<br>**P.O. Box 105440**<br>**Atlanta, GA 30348** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **Standard Security Systems**<br>**P.O. Box 4005**<br>**Bridgeport, CT 06607** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |
| **Staples Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Jessica Delgado-Lopez**_____,    Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Walsh, Merrill & Brousseau, PC**<br>**193 East Center Street**<br>**Manchester, CT 06040** | **All contractual provisions regarding arbitration or alternative dispute resolution are rejected in connection with the administration of this Chapter 13 case.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Jessica Delgado-Lopez**                                                   ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Juan Lopez**<br>**44 Liberty Street**<br>**Hartford, CT 06120-2826** | **Wyndham Vacation Resorts, Inc.**<br>**P.O. Box 98940**<br>**Las Vegas, NV 89193-8940** |
| **Special Occasion Gifts & Flowe**<br>**44 Liberty Street**<br>**Hartford, CT 06120** | **Florists' Transworld Delivery**<br>**36419 Treasury Center**<br>**Chicago, IL 60694-9400** |
| **Special Occasion Gifts & Flowe**<br>**44 Liberty Street**<br>**Hartford, CT 06120** | **H.F. Communications**<br>**P.O. Box 49505**<br>**Minneapolis, MN 55449** |
| **Special Occasion Gifts & Flowe**<br>**44 Liberty Street**<br>**Hartford, CT 06120** | **I.C. System, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**Saint Paul, MN 55164-0437** |
| **Special Occasion Gifts & Flowe**<br>**44 Liberty Street**<br>**Hartford, CT 06120** | **Greater Hartford Business**<br>**Development Center, Inc.**<br>**15 Lewis Street**<br>**Room 204**<br>**Hartford, CT 06103** |
| **Special Occasion Gifts & Flowe**<br>**44 Liberty Street**<br>**Hartford, CT 06120** | **State of Connecticut**<br>**Department of Revenue Services**<br>**PO Box 5088**<br>**Hartford, CT 06102-5088** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Jessica Delgado-Lopez**                                              Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son**<br>**Daughter**<br>**Niece** | AGE(S):<br>**15**<br>**18**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Processing Tech** | |
| Name of Employer | **State of Connecticut** | |
| How long employed | **7 years** | |
| Address of Employer | **Office of the State Comptroller**<br>**55 Elm Street**<br>**Hartford, CT 06106-1775** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,674.13 | $ | 627.82 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 113.49 |
| 3. SUBTOTAL | $ | 3,674.13 | $ | 741.31 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 498.59 | $ | 134.38 |
| b. Insurance | $ | 478.83 | $ | 17.73 |
| c. Union dues | $ | 42.66 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,020.08 | $ | 152.11 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,654.05 | $ | 589.20 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): **Rent** | $ | 950.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 950.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,604.05 | $ | 589.20 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | 4,193.25 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is currently working in a temporary position, and Position is in danger of being eliminated, which would result in decreased income.**

B6J (Official Form 6J) (12/07)

In re    **Jessica Delgado-Lopez** _____    Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,585.20 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 380.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other    **See Detailed Expense Attachment** | $ | 151.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 575.00 |
| 5. Clothing | $ | 110.00 |
| 6. Laundry and dry cleaning | $ | 95.00 |
| 7. Medical and dental expenses | $ | 120.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 41.67 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 15.20 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **Personal Property Taxes** | $ | 25.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 403.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    **Pet Expenses** | $ | 30.00 |
| Other    **Childrens' Expenses** | $ | 80.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,121.07 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **Debtor is seeking modification of mortgage, which would lower expenses.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,193.25 |
| b.    Average monthly expenses from Line 18 above | $ | 4,121.07 |
| c.    Monthly net income (a. minus b.) | $ | 72.18 |

**B6J (Official Form 6J) (12/07)**

In re    **Jessica Delgado-Lopez** _____      Case No. _____

                                  Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Telephone/Cell/Cable | $ | 150.00 |
| Internet (paid by Niece) | $ | 1.00 |
| **Total Other Utility Expenditures** | $ | 151.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Jessica Delgado-Lopez**                                            Case No. _____
                                            Debtor(s)                 Chapter    **13**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **38**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 4, 2012**  _____        Signature   **/s/ Jessica Delgado-Lopez** _____
                                                                **Jessica Delgado-Lopez**
                                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Connecticut

In re    **Jessica Delgado-Lopez**                           Case No.                          
                                           Debtor(s)         Chapter      **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$18,972.04** | **2012: State of Connecticut YTD** |
| **$29,300.92** | **2011: State of Connecticut** |
| **$21,860.30** | **2010: State of Connecticut** |
| **$4,888.00** | **2010: Companions and Homemakers** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,400.00 | 2011: Rental Real Estate (Rental of Residence) |
| $7,600.00 | 2012: Rental Income YTD |
| $2,918.95 | 2010: ING Retirement Distribution |
| $581.00 | 2010: Child Support |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Mother | Various Dates | $1,000.00 | $1,000.00 |

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Greater Hartford Business Development Center, Inc. v. Special Occasion Gifts and Flower Shop; HHD-CV08-5019405-S | Civil (Contracts-Collections) | Hartford Superior Court 95 Washington Street Hartford, CT 06106 | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midland Funding LLC vs. Delgado SSC-358239** | **Contract / Collections** | **Small Claims Area @ Manchester Clerk, Geographical Area 12 410 Center Street Manchester, CT 06040** | **Pending** |
| **Marcia K. MILLER, et al., Plaintiffs, v. MIDLAND CREDIT MANAGEMENT, INC., et al., Defendants. No. 08 CV 780.** | **Class Action Suit** | **United States District Court, N.D. Illinois, Eastern Division.** | **Pending** |
| **Wyndham Vacation Resorts, Inc. vs. Everett Belcher et al 2012-CA-6245** | **Foreclosure** | **Circuit Court of the Ninth Judicial Circuit in and For Orange County, Florida** | **Pending** |
| **Standard Oil v Delgado SCC-138197** | **Collections** | **Small Claims Hartford** | **Judgment** |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than **$200** in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None □ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Water damage to property $3,000.00** | **Claim denied** | **6/12** |

**9. Payments related to debt counseling or bankruptcy**

None □ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Beckett Law, LLC 543 Prospect Ave Hartford, CT 06105** | | **$3,000.00** |
| **Abacus Credit Counseling** | **2012** | |

**10. Other transfers**

None □ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Statewide Auto Auction** | **2011** | **Sold 1994 Ford Econoliner for $200.** |

**None**

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **State of CT** | **Retirement Account #6800** | **2011** **$888.99** |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Special Occasion Gifts and Flowers** | **8397** | **589 New Park Ave. West Hartford, CT 06110** | **Gifts and Flower shop** | **Opened in 2006; closed in 2007** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 4, 2012**                          Signature    **/s/ Jessica Delgado-Lopez**

                                                              **Jessica Delgado-Lopez**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of Connecticut

In re  **Jessica Delgado-Lopez**

Debtor(s)

Case No. _____

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2. $ **274.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]
      **Credit Report.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods. Fees for such services will be at the Firm's customary hourly rate of $350.00 for attorneys and $115.00 for paralegals, as adjusted from year to year for COLA.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 4, 2012**

/s/ Suzann Beckett
**Suzann Beckett ct02186**
**Beckett Law, LLC**
**543 Prospect Ave**
**Hartford, CT 06105**
**860-236-1111  Fax: 860-236-0050**
**SuzannB @Beckett-Law.com**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Connecticut

In re   **Jessica Delgado-Lopez**                                          Case No. _____
                                                    Debtor(s)          Chapter   **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **Jessica Delgado-Lopez** | X  **/s/ Jessica Delgado-Lopez**        **August 4, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor                Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## District of Connecticut

In re __Jessica Delgado-Lopez__ _____   Case No. _____

                                    Debtor(s)       Chapter     __13__ _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date:  __August 4, 2012__ _____     __/s/ Jessica Delgado-Lopez__ _____
                                                **Jessica Delgado-Lopez**
                                                Signature of Debtor

Date:  __August 4, 2012__ _____     __/s/ Suzann Beckett__ _____
                                                Signature of Attorney
                                                **Suzann Beckett ct02186**
                                                **Beckett Law, LLC**
                                                **543 Prospect Ave**
                                                **Hartford, CT 06105**
                                                **860-236-1111   Fax: 860-236-0050**

Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231


Alpha Recovery Corp.
5660 Greenwood Plaza Boulevard
Suite 101N
Greenwood Village, CO 80111


American Adjustment Bureau
PO Box 2758
Waterbury, CT 06723


American Medical Response
130 Shield Street
West Hartford, CT 06105


ARM Solutions
P.O. Box 3666
Camarillo, CA 93011


AT&T
P.O. Box 8110
Aurora, IL 60507-8110


AT&T Advertising Solutions
P.O. Box 500452
Saint Louis, MO 63150-0452


Atwell, Curtis and Brooks, Ltd
PO Box 363
Carle Place, NY 11514-0363


Bank of America
Po Box 17054
Wilmington, DE 19850


Bay Area Credit Service LLC
P.O. Box 467600
Atlanta, GA 31146

Beneficial/HFC
Po Box 3425
Buffalo, NY 14240


Beneficial/HFC
P.O. Box 3425
Buffalo, NY 14240


CCMC Faculty Practice Plan
P.O. Box 40000 Dept. 803
Hartford, CT 06151-0803


Central Conn. Cardiologists
19 Woodland Street
Suite 47
Hartford, CT 06105


Centralized Small Claims
80 Washington St.
Hartford, CT 06106


Centralized Small Claims
80 Washington St.
SCC-239166
Hartford, CT 06106


Century Financial Services
23 Maiden Lane
P.O. Box 98
North Haven, CT 06473


Century Financial Services
P.O Box 98
North Haven, CT 06473-0098


Century Financial Services
DBA Century Healthcare Collect
95 Mill Park #B6
Springfield, MA 01108-9511


Citibank
P.O. Box 6241
Sioux Falls, SD 57117

Citifinancial Auto
2208 Highway 121 Ste 100
Bedford, TX 76021


City of Hartford
Tax Collector
550 Main Street
Room 106
Hartford, CT 06103-2992


City of Hartford
P.O. Box 2719
Hartford, CT 06146


CM Financial Services
P.O. Box 1358
Middletown, CT 06457-1301


Comcast
P.O. Box 1577
Newark, NJ 07101-1577


Comcast
P.O. Box 6505
Chelmsford, MA 01824


Connecticut Light & Power
P.O. Box 150493
Hartford, CT 06115-0493


Connecticut Natural Gas Corp.
P.O. Box 1500
Hartford, CT 06144-1500


Connecticut Natural Gas Corp.
P.O. Box 1085
Augusta, ME 04332-1085


Connecticut Surgical Group
Suite 171
270 Farmington Ave.
Farmington, CT 06032-1926

Connecticut Veterinary Ctr Inc
470 Oakwood Avenue
West Hartford, CT 06110


Credit Center Inc.
7 Finance Drive
Danbury, CT 06810


Credit Collection Services
Two Wells Ave.
Newton, MA 02459


Credit Management LP
4200 International Parkway
Carrollton, TX 75007-1906


CT Children's Specialty Group
P.O. Box 4000 D803
Hartford, CT 06151-0803


CT Lottery
777 Brook Street
Rocky Hill, CT 06067-3403


CT Recovery Lockbox
PO Box 931133
Cleveland, OH 44193


Department of Revenue
State of Connecticut
P.O. Box 5088
Hartford, CT 06102-5088


DFS Acceptance
PO Box 5275
Carol Stream, IL 60197-5275


Drs. Bradbury and Amato, P.C.
18 North Main St.
West Hartford, CT 06107

Equifax
PO Box 740256
Atlanta, GA 30374


Experian
PO Box 2002
Allen, TX 75013-2002


Florists' Transworld Delivery
36419 Treasury Center
Chicago, IL 60694-9400


G. Walsh and M. Colliton, MDS
19 Woodland Street
Suite 45
Hartford, CT 06105


GC Services
6330 Gulfton
Houston, TX 77081


GEMB/ Sams Club
PO Box 981400
El Paso, TX 79998


Genpact Services LLC
P.O. Box 1969
Southgate, MI 48195-0969


Gift Box Corp. of America
305 Veterans Blvd
Carlstadt, NJ 07072


Greater Hartford Business
Development Center, Inc.
15 Lewis Street
Room 204
Hartford, CT 06103


H.F. Communications
P.O. Box 49505
Minneapolis, MN 55449

Hartford Courant
285 Broad Street
Hartford, CT 06115


Hartford Hospital
181 East Cedar Street
P.O. Box 310911
Newington, CT 06131-0911


Hartford Hospital Professional
Services OCA
P.O. Box 415933
Boston, MA 02241-5933


Howard Lee Schiff, P.C.
510 Tolland Street
P.O. Box 280245
East Hartford, CT 06128


HSBC
P.O. Box 10266
Virginia Beach, VA 23450


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164-0437


Internal Revenue Service
135 High Street, Stop 155
Hartford, CT 06103


J. A. Cambece Law Office PC
8 Bourbon Street
Peabody, MA 01960


JCPenney
P.O. Box 960090
Orlando, FL 32896-0090


Joseph P. Latino, Esq.
P.O. Box 1011
Waterbury, CT 06721-1011

Juan Lopez
44 Liberty Street
Hartford, CT 06120-2826


Kason Credit Corporation
90 Enfield Street
P.O. Box 1189
Enfield, CT 06083-1189


Law Offices of Amy J. Horowitz
Hartford Square North
10 Columbus Boulevard
Hartford, CT 06106


LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


Midland Credit Management
8875 Aero Dr
San Diego, CA 92123


Midland Credit Management
8875 Aero Drive
San Diego, CA 92123


Nair & Levin
707 Bloomfield Avenue
Bloomfield, CT 06002


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Ocwen Loan Servicing
12650 Ingenuity Dr
Orlando, FL 32826

Omni Insurance Company
P.O. Box 105440
Atlanta, GA 30348


Paul Davis Resoration
21 C Andover Drive
West Hartford, CT 06110


Physicians for Women's Health
Central Billing Office
P.O. Box 549
Avon, CT 06001-0549


Portfolio Recovery Associates
120 Corporate Blvd, Ste 100
Norfolk, VA 23502


Prime Healthcare P.C.
30 Jordan Lane
Wethersfield, CT 06109


Progressive Financial Services
PO Box 22083
Tempe, AZ 85285


Regional Adjustment Bureau Inc
P.O. Box 34111
Memphis, TN 38184-0111


Richard Duenas, DC
557 Prospect Ave.
Third Floor
Hartford, CT 06105-2922


Roeder & Polansky
300 Plaza Middlesex
Middletown, CT 06457-3455


Rosenberg Orthodontics PC
227 Albany Turnpike
Canton, CT 06019

Saint Francis Hospital and
Medical Center Billing
114 Woodland Street
Hartford, CT 06105


ServiceMaster
Assured Restoration
283 Southwest Cutoff (Rte. 20)
Worcester, MA 01604-2713


Small Claims Area @ Manchester
Clerk, Geographical Area 12
410 Center Street
SCC-358239
Manchester, CT 06040


Small Claims Area @ Manchester
Clerk, Geographical Area 12
410 Center Street
SCC-239166
Manchester, CT 06040


Solinsky Eyecare LLC
P.O. Box 45
Windsor, CT 06095


Solomon & Solomon, P. C.
Po Box 15019
Albany, NY 12212


Special Occasion Gifts & Flowe
44 Liberty Street
Hartford, CT 06120


Standard Oil of Connecticut
d/b/a Standard Security System
299 Bishop Ave.
Bridgeport, CT 06610


Standard Security Systems
P.O. Box 4005
Bridgeport, CT 06607

Stantander Consumer USA
Attn: Banfruptcy Dept.
PO BOX 560284
Dallas, TX 75356-0284


Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368-9020


State of Connecticut
Department of Revenue Services
PO Box 5088
Hartford, CT 06102-5088


Superior Asset Management
P.O. Box 1928
Fort Walton Beach, FL 32549


Superior Court
Judicial District of Hartford
95 Washington Street
Hartford, CT 06106


Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317


Taxserv Capital Services HD-CT
Municipal Tax Services
750 Main St.
Suite 510
Hartford, CT 06103


The Home Depot
P.O. Box 689100
Des Moines, IA 50368-9100


The Metropolitan District
555 Main St.
P.O. Box 800
Hartford, CT 06142-0800


TransUnion
PO Box 2000
Chester, PA 19022

TRS Recovery Services, Inc.
P.O. Box 60022
City Of Industry, CA 91716-0022


UConn School of Dental Medicin
263 Farmington Avenue
Farmington, CT 06030-2105


Universal Fidelity LP
PO Box 941911
Houston, TX 77094-8911


University Physicians
P.O. Box 660
Hartford, CT 06142-0660


Walsh, Merrill & Brousseau, PC
193 East Center Street
Manchester, CT 06040


Woodland Women's Health Assoc.
19 Woodland St.
Suite 31
Hartford, CT 06105


Wyndham Vacation Resorts, Inc.
P.O. Box 98940
Las Vegas, NV 89193-8940