## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

IN RE:                                                  : CASE NO. 12-21979 (ASD)
      JESSICA DELGADO-LOPEZ                    : CHAPTER 13
          Debtor                          : OCTOBER 8, 2012

### APPEARANCE AND REQUEST FOR NOTICE

TO: CLERK, UNITED STATES BANKRUPTCY COURT

Please enter the appearance of the undersigned on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1, a secured creditor in the above-entitled matter. The undersigned further requests that notice be provided to her as attorney for such creditor of all matters pending before this Court relative to the Debtor.

Dated at Hartford, Connecticut this 8th day of October, 2012.

By _____
Claudia M. Sklar, Esq. of
O'Connell, Attmore & Morris, L.L.C.
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Tel. (860) 548-1300
Fed. Bar No. CT 08246

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served upon all of the following parties either by operation of the Court's electronic filing system or by first class mail, postage prepaid, on this 8th day of October, 2012:

Debtor
Jessica Delgado-Lopez
44-46 Liberty Street
Hartford, CT 06120

Debtor's Counsel
Suzann L. Beckett, Esq.
Beckett Law, LLC
543 Prospect Ave.
Hartford, CT 06105
SuzannB@Beckett-Law.com

Chapter 13 Trustee
Molly T. Whiton, Esq.
Ten Columbus Blvd.
Hartford, CT 06106

Office of the US Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Claudia M. Sklar, Esq.