# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CASE NO. 12-21979 (ASD) |
|     JESSICA DELGADO-LOPEZ | : CHAPTER 13 |
|         Debtor | : NOVEMBER 8, 2012 |

### AMENDED OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN

The secured creditor, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1, a secured creditor in the above-entitled matter, hereby objects to the Chapter 13 Plan filed August 14, 2012 by the Debtor, Jessica Delgado-Lopez, in the above-captioned case.

The basis of said objection arises from the failure of the Debtor to state the mortgage arrearage due U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2005 ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-HE1. (11 U.S.C. 1322(a)(2)) under the proposed Chapter 13 plan.

By _____
Claudia M. Sklar, Esq. of
O'Connell, Attmore & Morris, L.L.C.
280 Trumbull Street, 23rd Floor
Hartford, CT 06103-3598
Tel. (860) 548-1300
Fed. Bar No. CT 08246

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was served upon all of the following parties either by operation of the Court's electronic filing system or by first class mail, postage prepaid, on this 8th day of November, 2012 to:

Debtor
Jessica Delgado-Lopez
44-46 Liberty Street
Hartford, CT 06120

Debtor's Counsel
Suzann L. Beckett, Esq.
Beckett Law, LLC
543 Prospect Ave.
Hartford, CT 06105
SuzannB@Beckett-Law.com

Chapter 13 Trustee
Molly T. Whiton, Esq.
Ten Columbus Blvd.
Hartford, CT 06106

Office of the US Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

_____
Claudia M. Sklar, Esq.