UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER |
| JESSICA DELGADO-LOPEZ | CHAPTER 13 |
| Debtor | CASE NO.12-21979 ASD |

### ORDER CONFIRMING
### THIRD AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on 8/14/12, and was amended on 2/19/14. A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments: $115.39 Bi-Weekly, commencing 3/20/14, plus $1,000 from her income tax refunds received for calendar years 2013, 2014 and 2015, or the total amount of the refund received if less than $1,000.00.

2. Due date of each payment: Bi-Weekly on Thursdays

3. Period of payments:    36 months, or until a dividend of not less than 8% is paid to creditors holding allowed unsecured claims.

    Payable to:    **Molly T. Whiton, Standing Trustee**
    **P.O. Box 610**
    **Memphis, TN 38101-0610**

    Payroll Deduction:
    __XX__    Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
    _____    No payroll deduction is ordered.

    **JESSICA DELGADO-LOPEZ'S EMPLOYER:**    ATTN:  Payroll Dept.
    State of Connecticut
    55 Elm Street
    **Employee ID No. XXX-XX-8397**    Hartford, CT  06106

4. Attorney's Fees: The debtor's attorney was awarded a fee in the amount of $6,000.00 of which $3,000.00 is due and payable from the estate.

Dated: February 21, 2014

Albert S. Dabrowski
Chief United States Bankruptcy Judge