UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13

JESSICA DELGADO-LOPEZ : CASE NO. 12-21979 AMN

DEBTOR(S) :

**TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

 Molly T. Whiton, Trustee herein, objects to the exemptions claimed in the above case as set forth in Schedule C, as follows:

1. As to the two exemptions claimed pursuant to 11 U.S.C. §522(d)(11)(d), the debtor has not established the extent to which any payment is in compensation of "pain and suffering or compensation for actual pecuniary loss"; therefore the Trustee cannot determine what portion is attributable to bodily injury.

WHEREFORE, the Trustee objects to the claim of exemptions in this case.

 Dated at Hartford, Connecticut this 17TH day of September, 2015.

    /s/ Molly T. Whiton

    Molly T. Whiton
    Chapter 13 Trustee
    10 Columbus Boulevard
    Hartford, CT  06106
    Tel:  860-278-9410
    Fax: 860-527-6185
    Email: mtwhiton@mtwhiton.com
    Fed. Bar #02214

    Please set for 10/22/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE: : CHAPTER 13

JESSICA DELGADO-LOPEZ : CASE NO. 12-21979 AMN

DEBTOR(S) :

PROPOSED
**ORDER ON OBJECTION TO EXEMPTIONS**

The Trustee's Objection to Claim of Exemptions, having been duly noticed and heard, it is hereby ordered:

SUSTAINED   /   OVERRULED.